No. 99–480. TRIVEDI v. THAYER ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–485. SNYDER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–492. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–496. BIERI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–497. NEBRASKA v. FRANCO. Sup. Ct. Neb. Certiorari denied.

No. 99–504. ZELAZEK v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–506. MCCARTHY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–507. ROCKWOOD BANK v. GAIA. C. A. 8th Cir. Certiorari denied.

No. 99–509. HIGHAM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–512. HUTCHINSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–514. TOCCO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 99–517. ROJAS RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–523. BOYKIN v. ENTERGY OPERATIONS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–525. ALBERT v. CITY OF SPARKS ET AL. Sup. Ct. Nev. Certiorari denied.

No. 99–526. MCCRAY v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.